UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| ADRIANA AGUILAR, ANDRES LEON, ELENA LEON, ERIKA GABRIELA GARCIA-LEON through her Next Friend Adriana Aguilar, CARSON AGUILAR through his Next Friend Adriana Aguilar, NELLY AMAYA, MARIO PATZAN DeLEON, DAVID LAZARO PEREZ, JOHN DOE #1, JANE DOE #1, JOHN DOE #2 through his Next Friend Jane Doe #1, JOHN DOE #3 through his Next Friend Jane Doe #1, JOHN DOE #4, and JOHN DOE #5 on behalf of themselves and all others similarly situated, | Civil Action No. 07 CIV 8224 (JGK) |
| Plaintiffs | **AFFIDAVIT OF SERVICE** |
| -against- | |
| IMMIGRATION AND CUSTOMS ENFORCEMENT DIVISION OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY, JULIE L. MYERS, Assistant Secretary of Homeland Security for Immigration and Customs Enforcement, JOHN P. TORRES, Director of the Office of Detention and Removal Operations, Immigration and Customs Enforcement, CHRISTOPHER SHANAHAN, New York Field Office Director for Detention and Removal Operations, and JOHN and JANE DOE ICE AGENTS ## 1-30, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STATE OF NEW YORK     )
                      )ss.:
COUNTY OF NEW YORK    )

    Richard J. Cairns, being duly sworn, deposes and says:

    1.    I am not a party to this action, am over eighteen years of age and am an associate of Dewey & LeBoeuf LLP, 125 West 55th Street, New York, New York, 10019.

2.      On September 21, 2007, I caused to be served on the named defendants, pursuant to FRCP RULE 4(i) and 6 C.F.R. 5.42, true copies of the SUMMONS AND COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE JOHN G. KOELTL, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MAAS, USDC/SDNY INSTRUCTIONS FOR FILING AN ELECTRONIC CASE, USDC/SDNY PROCEDURES FOR ELECTRONIC CASE FILING, and USDC/SDNY GUIDELINES FOR ELECTRONIC CASE FILING via Certified First Class U.S. Mail, return receipt requested, addressed to:

> United States Attorney
> Southern District of New York
> 86 Chambers Street
> New York, New York 10007
> Attn: Civil Process Clerk
>
> U.S. Attorney General
> Department of Justice
> 950 Pennsylvania Ave., N.W.
> Room B-324
> Washington, D.C. 20530-0001
>
> Office of the General Counsel
> U.S. Department of Homeland Security
> Washington, D.C. 205228

_____
Richard L. Cairns

Sworn to before me this
1st day of October, 2007

_____
Notary Public

BETTY HERMAN
Notary Public, State of New York
No. 31-4925141
Qualified in New York County
Commission Expires April 4, 2010

2