UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| ADRIANA AGUILAR, ANDRES LEON, ELENA LEON, ERIKA GABRIELA GARCIA-LEON through her Next Friend Adriana Aguilar, CARSON AGUILAR through his Next Friend Adriana Aguilar, NELLY AMAYA, MARIO PATZAN DeLEON, DAVID LAZARO PEREZ, JOHN DOE #1, JANE DOE #1, JOHN DOE #2 through his Next Friend Jane Doe #1, JOHN DOE #3 through his Next Friend Jane Doe #1, JOHN DOE #4, and JOHN DOE #5 on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs<br><br>-against-<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT DIVISION OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY, JULIE L. MYERS, Assistant Secretary of Homeland Security for Immigration and Customs Enforcement, JOHN P. TORRES, Director of the Office of Detention and Removal Operations, Immigration and Customs Enforcement, CHRISTOPHER SHANAHAN, New York Field Office Director for Detention and Removal Operations, and JOHN and JANE DOE ICE AGENTS ## 1-30,<br><br>                    Defendants. | Civil Action No.<br>07 CIV 8224 (JGK) (FM) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### NOTICE OF CHANGE OF LAW FIRM NAME

TO:   Clerk of Court and Counsel of Record:

PLEASE TAKE NOTICE that as a result of a merger, the law firm of LeBoeuf, Lamb, Greene & MacRae LLP will now be known as Dewey & LeBoeuf LLP. All pleadings and

correspondence should be directed to Dewey & LeBoeuf LLP. The office address, telephone numbers and facsimile numbers remain the same, as provided below.

Dated: October 2, 2007

DEWEY & LeBOEUF LLP

By: _____
    Patrick J. Gennardo
    Donna L. Gordon
    Richard J. Cairns
    Kelly H. Tsai
    Colin G. Stewart
Dewey & LeBoeuf LLP
125 West 55th Street
New York, New York 10019-5389
Tel: 212-424-8000
Fax: 212-424-8500
Attorneys for Plaintiffs

TO: United States Attorney
    Southern District of New York
    86 Chambers Street
    New York, New York 10007
    Attn: Civil Process Clerk

    U.S. Attorney General
    Department of Justice
    950 Pennsylvania Ave., N.W.
    Room B-324
    Washington, D.C. 20530-0001

    Office of the General Counsel
    U.S. Department of Homeland Security
    Washington, D.C. 205228

PUERTO RICAN LEGAL DEFENSE AND EDUCATION FUND
    Foster Maer
    Jackson Chin
    Ghita Schwarz
90 Hudson Street, 14th Floor
New York, New York 10013
(212) 739-7507