UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ADRIANA AGUILAR, ANDRES LEON, ELENA LEON, ERIKA GABRIELA GARCIA-LEON through her Next Friend Adriana Aguilar, CARSON AGUILAR through his Next Friend Adriana Aguilar, NELLY AMAYA, MARIO PATZAN DeLEON, DAVID LAZARO PEREZ, WILLIAM LAZARO, TARCIS SAPON-DIAZ, SONIA BONILLA, BEATRIZ VELASQUEZ through her Next Friend Sonia Bonilla, DALIA VELASQUEZ through her Next Friend Sonia Bonilla, ELDER BONILLA, DIANA RODRIGUEZ, YONI REVOLORIO, JUAN JOSE MIJANGOS, GONZALO ESCALANTE, YANET MARTINEZ, RAUL AMAYA, GLORIA VANESSA AMAYA, JOHN DOE #1, JANE DOE #1, JOHN DOE #2 through his Next Friend Jane Doe #1, JOHN DOE #3 through his Next Friend Jane Doe #1, JOHN DOE #4, and JOHN DOE #5 on behalf of themselves and all others similarly situated,

                Plaintiffs,

-against-

IMMIGRATION AND CUSTOMS ENFORCEMENT DIVISION OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY, MICHAEL CHERTOFF, United States Secretary of the Department of Homeland Security, JULIE L. MYERS, Assistant Secretary of Homeland Security for Immigration and Customs Enforcement, JOHN P. TORRES, Director of the Office of Detention and Removal Operations, Immigration and Customs Enforcement, CHRISTOPHER SHANAHAN, New York Field Office Director for Detention and Removal Operations, PETER J. SMITH, JOSEPH A. PALMESE, JOHN and JANE DOE ICE AGENTS, and JOHN ROE and JANE ROE ICE SUPERVISORS,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No.
07 CIV 8224 (JGK) (FM)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                      )ss.:
COUNTY OF NEW YORK    )

Richard J. Cairns, being duly sworn, deposes and says:

1. I am not a party to this action, am over eighteen years of age and am an associate of Dewey & LeBoeuf LLP, 125 West 55th Street, New York, New York, 10019.

2. On October 4, 2007, I caused to be served on the Defendants, IMMIGRATION AND CUSTOMS ENFORCEMENT DIVISION OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY, JULIE L. MYERS, Assistant Secretary of Homeland Security for Immigration and Customs Enforcement, JOHN P. TORRES, Director of the Office of Detention and Removal Operations, Immigration and Customs Enforcement, CHRISTOPHER SHANAHAN, New York Field Office Director for Detention and Removal Operations, pursuant to FRCP RULES 5(b), 4(i) and 6 C.F.R. 5.42, true copies of the AMENDED CLASS ACTION COMPLAINT via Certified First Class U.S. Mail, return receipt requested, addressed to:

United States Attorney
Southern District of New York
86 Chambers Street
New York, New York 10007
Attn: Civil Process Clerk

U.S. Attorney General
Department of Justice
950 Pennsylvania Ave., N.W.
Room B-324
Washington, D.C. 20530-0001

Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

_____
Richard J. Cairns

Sworn to before me this
4th day of October, 2007

_____
Notary Public
SHIRLEY SM LEIVA
Notary Public, State of New York
No. 01LE6013066
Qualified in Queens County
Commission Expires September 8, 20_10_