**EXHIBIT 1**



# Nassau County                    Police Department

THOMAS R. SUOZZI
COUNTY EXECUTIVE

1490 Franklin Avenue
Mineola, New York 11501
(516) 573-7000

LAWRENCE W. MULVEY
COMMISSIONER

September 27, 2007

Joseph A. Palmese
Resident Agent in Charge
Office of Investigations
Immigration and Customs Enforcement
3900 Veterans Memorial Highway
Suite 200
Bohemia, New York 11716

Dear RAC Palmese:

During our conversation earlier this afternoon I expressed my displeasure with the operations conducted on Monday, September 24th and Wednesday, September 26th in various communities within Nassau County. As I told you, this department was led to believe your agency would be effecting arrest warrants on gang members and you were seeking our assistance in the form of transportation (bus) and a uniform presence in the event that there were local charges to be processed.

On Thursday, September 20th we were assured by team leader Dennis Baggia that he would e-mail us a list of the targets. This was not done.

On Friday, September 21st SAC Jeff Knopf advised that he would e-mail us the list of targets and indicated that he would be present for a pre-operation briefing on Monday morning before the operation. The e-mail was never sent and Knopf did not attend the briefing.

The operation on Monday lacked current intel. My members report that your addresses were in many cases wrong and your pictures were outdated. In one case you were looking for a subject born in 1979 and had a picture of him when he was 7 years old.

Joseph A. Palamese  
Resident Agent in Charge  
Office of Investigations

page 2

September 27, 2007

---

Tactically, the operation was structured poorly. You had border patrol personnel from different parts of the country that clearly do not train together. They were armed with a mix of tactical weapons including shotguns and MP-5's. There was no consistency in uniforms and in fact some members wore cowboy hats, and in the view of some of my members, displayed a "cowboy" mentality. This in my view, posed unnecessary danger to all parties including my members, who in fact were drawn upon by some of the agents present.

Despite repeated requests for a list of who you picked up on Monday, we did not receive any information until 12:30 today. This made it extremely difficult to resolve issues such as missing person reports etc. According to our records, of the 40 people picked up on Monday, only 3 were affiliated actively with gangs in Nassau County and most of those picked up were not the targets of warrants, but were in fact people you determined to be undocumented.

I would like to reiterate my position as stated in my earlier phone call that the Nassau County Police Department will be unable to render your agency any assistance in your planned operations for ▮▮▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮ and any future assistance will be contingent on rectifying the aforementioned delineated problems.

Sincerely,

*Lawrence W. Mulvey*  
Lawrence W. Mulvey  
Commissioner of Police

cc: Bill Cunningham  
  Counsel to the County Executive

cc: Timothy Driscoll  
  Deputy County Executive  
  Law Enforcement & Public Safety