# EXHIBIT 10

Westlaw.

2/3/07 ALMDATIMSTR (No Page)

NewsRoom

Page 1

2/3/07 Alameda Times-Star (CA) (Pg. Unavail. Online)
2007 WLNR 2213816

Alameda Times-Star (CA)
Copyright 2007 Alameda Times-Star. All rights reserved. Reproduced with the permission of Media NewsGroup, Inc. by NewsBank, Inc.

February 3, 2007

Section: Local

### Immigrants in Richmond live in fear of deportation

David DeBolt, CORRESPONDENT

RICHMOND -- Before leaving her Richmond apartment, Jenni Spezeski peeks out the front door and looks down both ends of the street. She is looking to see if any agents from the Immigration and Customs Enforcement Agency, who have recently been cracking down and arresting illegal immigrants in Richmond, are waiting outside.

But it's not Spezeski they're after. Once the graduate of the University of California, Berkeley, who grew up in Arizona, determines it is safe to leave, she escorts her fianc out the door. He is identified only as Junior, an illegal immigrant from Brazil who came to the United States four years ago.

Spezeski said she and her fianc are afraid of ICE, which has arrested more than 100 residents in Richmond and Concord within the last few weeks. They have considered moving out of Richmond to avoid Junior's possible arrest or deportation.

"We've thought of moving to Canada," Spezeski said. "But I have a job and stability here, and I have to think about the future."

The couple were part of a packed audience at a public forum Sunday at St. Mark's Church in Richmond, where local residents, including legal and illegal immigrants, met with city officials, politicians and police. Residents spoke who have been affected by the ICE raids, which the government has carried out as part of Operation Return to Sender. The forum was organized by the church and the Contra Costa Interfaith Sponsoring Committee. The government effort began in June.

While ICE officials have said the agency targets individuals who are illegal immigrants with criminal histories or gang involvement, residents complained that people who have not been in any kind of trouble have been picked up while ICE has been searching for targeted individuals.

Ruben Gonzales, a Richmond resident, said ICE recently entered his home without a warrant and without knocking. They broke the door, he said on Sunday.

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

2/3/07 ALMDATIMSTR (No Page)            Page 2

"I was only in my underwear," Gonzales said. The federal officials made his wife, his grandchild and a family friend lie on the floor.

Local officials, including Mayor Gayle McLaughlin, have spoken out recently in defense of the city's immigrant population.

"I do not want our residents to live under terror," McLaughlin said Sunday.

Casa de Esperanza, a nonprofit organization housed at St. Mark's, has been working on a resolution to bring before the Richmond City Council on Tuesday.

As of Jan. 22, federal officials said they had arrested 119 people, primarily in Richmond and Concord. Sixteen were deported. In a Jan. 23 news release, ICE reported removing more than 750 foreigners from Southern California. The news release also said, "Since its launch in June 2006, Operation Return to Sender has resulted in more than 13,000 arrests nationwide."

Junior said many of the illegal immigrants in the Brazilian community were too afraid to attend Sunday's event.

"They didn't show up," he said outside the church. "They thought ICE would be here at the door." Junior, who runs his own construction company, employs workers from Brazil. It has been hard for them to focus at work the last few weeks, he said.

"They couldn't work because they would watch up the street to see if anyone was coming for them," he said. The couple said their fear partly stems from stories they have heard from friends and neighbors. They said one of their friends abandoned his apartment with his family to hide from ICE. The friend returned to the apartment to pick up more clothes for the family, but when he arrived he saw ICE agents outside the residence.

"They did a quick U-turn," Spezeski said. A friend of Junior's was arrested with his wife and a family friend when ICE entered their home at 6 a.m. looking for someone else, Junior said. The three were arrested because they lacked documentation, Junior said.

After a short time in jail, the three posted bail and now have six months to appeal their court ruling or go back to Brazil. They were at St. Mark's on Sunday and said they were afraid to give their names.

"I never was an activist, but this has gotten me out there," Spezeski said. She has been copying fliers explaining illegal immigrants' rights in dealing with the police and federal agents. She said ignorance of rights can result in "people (being) taking advantage of."

At St. Mark's Church, Mark Silverman, a staff attorney at Immigrant Legal Resource Center, explained immigration and other civil rights to the crowd, using demonstrations and skits to help them understand those rights.

Silverman told the audience to demand to see a badge before opening the door for police and to ask for the warrant to be slid under the door before opening it.

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

2/3/07 ALMDATIMSTR (No Page)                                                    Page 3

"Whether you are a citizen or undocumented, we are all protected by the Fourth and Fifth Amendments (to the U.S. Constitution)," he said.

Spezeski and Junior remain unsure about where the next few months will take them. Because of their jobs, they said they don't anticipate moving away soon. Spezeski said they have recently been staying in hotels in other East Bay cities such as Pinole, but that has become too costly.

Junior is saving $1,000 to send to his mother in Brazil to help pay for her much-needed surgery.

"In that sense, there's no money for a deposit," she said. "We are afraid to walk out the door, and that's not the life we want to be living."

---- INDEX REFERENCES ----

NEWS SUBJECT:  (Crime (1CR87); Legal (1LE33); Social Issues (1SO05); Criminal Law (1CR79))

INDUSTRY:  (Smuggling & Illegal Trade (1SM35))

REGION:  (Brazil (1BR84); USA (1US73); Americas (1AM92); North America (1NO39); South America (1SO03); Latin America (1LA15))

Language:  EN

OTHER INDEXING:  (CONTRA COSTA INTERFAITH SPONSORING COMMITTEE; IMMIGRANT LEGAL RESOURCE CENTER; IMMIGRANTS; IMMIGRATION AND CUSTOMS ENFORCEMENT AGENCY; JUNIOR; PINOLE; UNIVERSITY OF CALIFORNIA) (Berkeley; Casa de Esperanza; Gayle McLaughlin; Gonzales; Mark Silverman; McLaughlin; Operation Return; Ruben Gonzales; Silverman; Sixteen; Spezeski)

Word Count: 1059
2/3/07 ALMDATIMSTR (No Page)
END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.