# Dewey & LeBoeuf

Dewey & LeBoeuf LLP
125 West 55th Street
New York, NY 10019-5389

tel 212-424-8434
fax 212-649-1184

OCT - 9 2007

October 9, 2007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/07
```

**BY FACSIMILE: (212) 805-7912**

Hon. John G. Koetl
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

APPLICATION GRANTED
SO ORDERED

*/s/ John G. Koeltl*
John G. Koeltl, U.S.D.J.
10/9/07

Re: *Adriana Aguilar v. Immigration and Customs Enforcement Division of the United States Department of Homeland Security, et. al.*
07 Civ. 8224

Dear Judge Koetl:

    We represent the plaintiffs in the above-referenced action and write to request an expansion on the number of pages imposed by Rule 2(c) of Your Honor's Individual Practices for reply briefs. Given the complexities and the number of issues presented by the combined motions (for a TRO and expedited discovery), Plaintiffs request permission to submit at 15-page reply memorandum.

    We expect to submit the brief before noon.

Sincerely,

*Colin G. Stewart*
Colin G. Stewart

cc: Elizabeth Wolstein
fax: 212-637-2702

NEW YORK | LONDON MULTINATIONAL PARTNERSHIP | WASHINGTON, DC
ALBANY | ALMATY | AUSTIN | BEIJING | BOSTON | BRUSSELS | CHARLOTTE | CHICAGO | EAST PALO ALTO
FRANKFURT | HARTFORD | HONG KONG | HOUSTON | JACKSONVILLE | JOHANNESBURG (PTY) LTD. | LOS ANGELES
MILAN | MOSCOW | PARIS MULTINATIONAL PARTNERSHIP | RIYADH AFFILIATED OFFICE | ROME | SAN FRANCISCO | WARSAW

NYA547797.1