```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIANA AGUILAR,

                Plaintiff(s),      07 Civ. 8224 (JGK)

    - against -                  ORDER

IMMIGRATION AND CUSTOMS ENFORCEMENT
DIVISION OF THE UNITED STATES
DEPARTMENT OF HOMELAND SECURITY,

                Defendant(s).

JOHN G. KOELTL, District Judge:

    For the reasons stated on the record, the applications for a temporary restraining order and expedited discovery are **denied** without prejudice to renewal.

SO ORDERED.

Dated:    New York, New York
           October 9, 2007

                                      John G. Koeltl
                               United States District Judge