

U.S. Department of Justice

United States Attorney
Southern District of New York

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/07

OCT 17 2007

86 Chambers Street
New York, New York 10007

October 17, 2007

BY FACSIMILE

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Aguilar v. Immigrations and Customs Enforcement, et al.,
07 Civ 8224 (JGK) (FM)

Dear Judge Koeltl:

*[Handwritten note: The Court has rescheduled a conference on the Order to Show Cause for Monday, October 22, 2007 at 4:30 P.M. The Government can argue at that time whether the response to the order to show cause should be coordinated with the motion to dismiss. So ordered. John G. Koeltl USDJ 10/16/07]*

We write respectfully in response to plaintiffs' order to show cause seeking to conduct expedited discovery in connection with the above-referenced action, which asserts claims for injunctive relief and damages based on the alleged violation of plaintiffs' Fourth Amendment rights during home searches conducted by defendant Immigration and Customs Enforcement Division of the United States Department of Homeland Security ("ICE").[1]

As we mentioned at the hearing on plaintiffs' application for a temporary restraining order, defendants intend to move to dismiss plaintiffs' claim for injunctive relief for lack of standing and failure to state a valid claim for injunctive relief. Given that standing is a threshold issue, and to avoid piecemeal motion practice, we believe that it makes sense to consolidate defendants' standing motion with plaintiffs' motion for expedited discovery. We therefore respectfully request that defendants have thirty days, until Friday, November 16, 2007, to submit our opposition to plaintiffs' motion for expedited discovery and defendants' cross-motion to dismiss plaintiffs' claim for injunctive relief, together with a cross-motion to stay discovery pursuant to Federal Rule of Civil Procedure 26(c).

---

[1] This Office has not yet obtained authority to represent the ICE employees sued for damages in their individual capacities.

Honorable John G. Koeltl
October 17, 2007
Page 2

Thank you for your consideration of this matter.

                                  Respectfully submitted,
                                  MICHAEL J. GARCIA
                                  United States Attorney

By:     *[signature: Elizabeth Wolstein]*
                                  SHANE CARGO
                                  ELIZABETH WOLSTEIN
                                  Assistant United States Attorneys
                                  Tel. No.: (212) 637-2711/2743
                                  Fax No.: (212) 637-2702

cc:     (by facsimile)
        Donna Gordon, Esq.
        Colin G. Stewart, Esq.