United States District Court
Southern District of New York

---

AGUILAR, ET AL.                                    )
                                                   ) Index No.: 07 CIV 8224
                                                   )
                                                   )
                    **Plaintiff**                  ) AFFIDAVIT OF SERVICE
            v.                                     )
IMMIGRATION AND CUSTOMS ENFORCEMENT                )
DIVISIONS OF THE UNITED STATES DEPARTMENT          )
OF HOMELAND SECURITY, ET AL.                       )
                    **Defendant**                  )

---

STATE OF NEW YORK: COUNTY OF NEW YORK       ss:

I, TEDDY VALCIN, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK. That on OCTOBER 17th, 2007 at 12:01 PM at 26 FEDERAL PLAZA, NEW YORK, NY, deponent served the within SUMMONS IN A CIVIL CASE, RIDER TO SUMMONS, AMENDED CLASS ACTION COMPLAINT, JUDGES RULES on Joseph A. Palmese therein named.

 By delivering thereat a true copy of each to John Gibbs personally, who stated to be the AUTHORIZED RECIPIENT thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: Male    Race/Skin: Black    Hair: Black and Grey    Glasses: Yes    Approx. Age: 35    Height: 5'9"
Weight: 220

COMMENTS: Recipient represented to me that he is authorized to accept service of process on behalf of Joseph A. Palmese.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____
Teddy Valcin, Lic. #1103442
Target Research LLC                               Executed on: 10/19/07
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Subscribed and sworn to before me, a notary public, on this ___19th___ day of ___October___, 2007.
_____
Notary Public                My Commission Expires: 3/28/09

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009

---

Target Research LLC • 20 Vesey Street, PH, New York, NY 10007 • (212) 227-9600