**United States District Court**
**Southern District of New York**

---

| | |
|---|---|
| AGUILAR, ET AL. | ) |
| | ) Index No.: 07 CIV 8224 |
| | ) |
| | ) |
| Plaintiff | ) AFFIDAVIT OF SERVICE |
| v. | ) |
| IMMIGRATION AND CUSTOMS ENFORCEMENT | ) |
| DIVISIONS OF THE UNITED STATES DEPARTMENT | ) |
| OF HOMELAND SECURITY, ET AL. | ) |
| Defendant | ) |

---

STATE OF NEW YORK: COUNTY OF NEW YORK        ss:

I, TEDDY VALCIN, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK. That on OCTOBER 17th, 2007 at 12:01 PM at 26 FEDERAL PLAZA, NEW YORK, NY, deponent served the within SUMMONS IN A CIVIL CASE, RIDER TO SUMMONS, AMENDED CLASS ACTION COMPLAINT, JUDGES RULES on Peter J. Smith therein named.

By delivering thereat a true copy of each to John Gibbs personally, who stated to be the AUTHORIZED RECIPIENT thereof.

**DESCRIPTION:** Deponent further states that the description of the person actually served is as follows:
Gender: Male    Race/Skin: Black    Hair: Black and Grey    Glasses: Yes    Approx. Age: 35    Height: 5'9"
Weight: 220

**COMMENTS:** Recipient represented to me that he is authorized to accept service of process on behalf of Peter J. Smith.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____
Teddy Valcin, Lic. #1103442
Target Research LLC

20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Executed on: 10/19/07

Subscribed and sworn to before me, a notary public, on this _____ day of October, 2007.
_____
Notary Public
My Commission Expires: 3/28/09

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified In New York County
Commission Expires March 28, 2009

---

Target Research LLC  •  20 Vesey Street, PH, New York, NY 10007  •  (212) 227-9600