**United States District Court**
**Southern District of New York**

---

| | |
|---|---|
| AGUILAR, ET AL. | ) |
| | ) Index No.: 07 CIV 8224 |
| | ) |
| **Plaintiff** | ) **AFFIDAVIT OF SERVICE** |
| v. | ) |
| IMMIGRATION AND CUSTOMS ENFORCEMENT | ) |
| DIVISIONS OF THE UNITED STATES DEPARTMENT | ) |
| OF HOMELAND SECURITY, ET AL. | ) |
| **Defendant** | ) |

---

STATE OF NEW YORK: COUNTY OF NEW YORK     ss:

I, TEDDY VALCIN, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK. That on OCTOBER 09th, 2007 at 4:12PM at 26 FEDERAL PLAZA, NEW YORK, NY, deponent served the within SUMMONS IN A CIVIL CASE, RIDER TO SUMMONS, AMENDED CLASS ACTION COMPLAINT, JUDGES RULES on Christopher Shanahan therein named.

By delivering thereat a true copy of each to PATRICIA GREEN personally, who stated to be the AUTHORIZED RECIPIENT thereof.

**DESCRIPTION:** Deponent further states that the description of the person actually served is as follows:
Gender: Female    Race/Skin: Black    Hair: Black and Grey    Glasses: Yes    Approx. Age: 45    Height: 5'6"
Weight: 135

**COMMENTS:** Recipient represented to me that she is authorized to accept service of process on behalf of Christopher Shanahan.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

*[signature]*
Teddy Valcin, Lic. #1103442
Target Research LLC
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Executed on: 10/19/07

Subscribed and sworn to before me, a notary public, on this _19th_ day of _October_, 2007.
My Commission Expires: 3/28/09

*[signature]*
Notary Public

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009