```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/08/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIANA AGUILAR,

                Plaintiff(s),      07 Civ. 8224 (JGK)

    - against -                ORDER

IMMIGRATION AND CUSTOMS ENFORCEMENT
DIVISION OF THE UNITED STATES
DEPARTMENT OF HOMELAND SECURITY,

                Defendant(s).

JOHN G. KOELTL, District Judge:

    Not having heard from the parties, the Court directs that the government may submit its response to the order to show cause for expedited discovery on the same date as the government's motion to dismiss, due on **November 16, 2007**.

SO ORDERED.

Dated:    New York, New York
           November 6, 2007

                                              _____
                                                John G. Koeltl
                                            United States District Judge