

**U.S. Department of Homeland Security**
Bureau of Immigration and Customs Enforcement

HQDRO 50/12.8

*Office of the Director*

*801 I.Street NW*
*Washington, DC 30536*

AUG 2 1 2003

MEMORANDUM FOR ALL FIELD OFFICE DIRECTORS
                DEPUTY ASSISTANT DIRECTOR FOR FIELD OPERATIONS

FROM:       Anthony S. Tangeman
            Director
            Office of Detention and Removal

SUBJECT:    Revision of Chapter 19 Title and Realignment of the Section Titles of the
            Detention and Deportation Officer's Field Manual (DDFM)

      The title of Chapter 19 is changed and the Section titles are realigned. Accordingly the
DDFM is changed as follows:

**Chapter 19:** Special Operations: Fugitive Operations, Alien Absconder Initiative,
            Law Enforcement Support Center/Resolution Unit and Custody
            Review Unit

19.1    Fugitive Operations: Introduction and Background
19.2    General Policies


19.5    Field Operations/Tactics



CONFIDENTIAL
INFORMATION

**Chapter 19: Special Operations: Fugitive Operations, Alien Absconder Initiative, Law Enforcement Support Center/Resolution Unit and Custody Review Unit**





CONFIDENTIAL
INFORMATION

US000003



(f) <u>Residence Checks</u>.        REDACTED

Warrants of Deportation or Removal are administrative rather than criminal, and does not grant the authority to breach doors. Thus informed consent must be obtained from the occupant of the residence prior to entering.

REDACTED

CONFIDENTIAL
INFORMATION



U.S. Department of Homeland Security
Bureau of Immigration and Customs Enforcement

HQDRO 50/12.8

*Office of the Director*

*801 I Street NW*
*Washington, DC 20536*

MEMORANDUM FOR DISTRIBUTION

FROM:    Anthony S. Tangeman
         Director
         Office of Detention and Removal

SUBJECT:    Addition of Chapter 19, Section 5 (Field Operations/Tactics) of the Detention
            and Deportation Officer's Field Manual (DDFM)

    The DDFM is changed to reflect the addition of Section 5, Chapter 19. Accordingly the
DDFM is changed as follows:

**19.5   Field Operations/Tactics**



FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

CONFIDENTIAL
INFORMATION

Memorandum for Distribution
Subject: Addition of 19.5 to the DDFM

REDACTED

## II.    DISCUSSION

REDACTED

REDACTED

The
second reason is that Warrants of Deportation or Removal are administrative rather
than criminal, and it does not grant the authority to breach doors. Thus permission must
be obtained from the occupant of the residence prior to entering.

CONFIDENTIAL
INFORMATION

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

US000044