

**REDACTED**

(p) Arrest Locations.

Officers can knock on a door and request to speak with the occupants of the house without first obtaining a search warrant. However, in order to enter a residence, *someone who has authority to do so must grant informed consent, unless a court-approved search warrant is obtained in advance.*





CONFIDENTIAL
INFORMATION

USO00018



U.S. Department of Homeland Security
Bureau of Immigration and Customs Enforcement

HQDRO 50/12.8

*Office of the Director*

*801 I Street NW*
*Washington, DC 20536*

MEMORANDUM FOR DISTRIBUTION

FROM:   Anthony S. Tangeman
        Director
        Office of Detention and Removal

SUBJECT: Addition of Chapter 19, Section 5 (Field Operations/Tactics) of the Detention and Deportation Officer's Field Manual (DDFM)

  The DDFM is changed to reflect the addition of Section 5, Chapter 19. Accordingly the DDFM is changed as follows:

**19.5   Field Operations/Tactics**

**REDACTED**

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

CONFIDENTIAL
INFORMATION

US000043

Memorandum for Distribution    Page 5
Subject: Addition of 19.5 to the DDFM

### V. ARREST LOCATIONS

REDACTED

Officers can knock on a door and request to speak with the occupants of the house without first obtaining a search warrant. However, in order to enter a residence, *someone who has authority to do so must grant informed consent, unless a court-approved search warrant is obtained in advance.*

REDACTED



**REDACTED**

REDACTED

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

CONFIDENTIAL
INFORMATION

US000047