
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x

ADRIANA AGUILAR, ANDRES LEON, ELENA LEON, ERIKA GABRIELA GARCIA-LEON through her Next Friend Adriana Aguilar, CARSON AGUILAR through his Next Friend Adriana Aguilar, NELLY AMAYA, MARIO PATZAN DeLEON, DAVID LAZARO PEREZ, WILLIAM LAZARO, TARCIS SAPON-DIAZ, SONIA BONILLA, BEATRIZ VELASQUEZ through her Next Friend Sonia Bonilla, DALIA VELASQUEZ through her Next Friend Sonia Bonilla, ELDER BONILLA, DIANA RODRIGUEZ, YONI REVOLORIO, JUAN JOSE MIJANGOS, GONZALO ESCALANTE, YANET MARTINEZ, RAUL AMAYA, GLORIA VANESSA AMAYA, JOHN DOE #1, JANE DOE #1, JOHN DOE #2 through his Next Friend Jane Doe #1, JOHN DOE #3 through his Next Friend Jane Doe #1, JOHN DOE #4, and JOHN DOE #5 on behalf of themselves and all others similarly situated,

:  Civil Action No.
:  07 CIV 8224 (JGK) (FM)

:  **ORDER TO SHOW CAUSE FOR TEMPORARY RESTRAINING ORDER AND EXPEDITED DISCOVERY**

          Plaintiffs,

       -against-

IMMIGRATION AND CUSTOMS ENFORCEMENT DIVISION OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY, MICHAEL CHERTOFF, United States Secretary of the Department of Homeland Security, JULIE L. MYERS, Assistant Secretary of Homeland Security for Immigration and Customs Enforcement, JOHN P. TORRES, Director of the Office of Detention and Removal Operations, Immigration and Customs Enforcement, CHRISTOPHER SHANAHAN, New York Field Office Director for Detention and Removal Operations, PETER J. SMITH, JOSEPH A. PALMESE, JOHN and JANE DOE ICE AGENTS, and JOHN ROE and JANE ROE ICE SUPERVISORS,

          Defendants.

---------------------------------------- x

    Upon the Declaration of Donna L. Gordon, with accompanying exhibits, and

Plaintiffs' Memorandum of Law in Support of Application for a Temporary Restraining

1

Order and for Expedited Discovery, and upon the Amended Class Action Complaint in the above-entitled proceedings, it is hereby:

ORDERED that Defendants show cause before this Court, at Courtroom 12B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on October _____, 2007 at _____ o'clock a.m./p.m., or as soon thereafter as counsel may be heard, why:

(A) a temporary restraining order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure:

> enjoining and restraining Defendants, their agents, employees, assigns, all persons acting on their behalf, and all persons acting in concert or participating with them, until a determination is reached on Plaintiffs' forthcoming motion for a preliminary injunction, from:
>
> (i) entering or searching any home or seeking consent to enter or search any home within the jurisdiction of the New York City regional office (and/or field office) of ICE without first obtaining a judicially ordered search warrant;
>
> (ii) contacting, retaliating against, arresting, prosecuting or deporting the named Plaintiffs in this action, their family members and any witnesses to the raids described in the Amended Complaint and from approaching, searching, entering or seeking a warrant to enter any of such persons' homes under any circumstances; and
>
> (iii) transferring any individuals detained by ICE within the jurisdiction of the New York City regional office (and/or field office) since September 20, 2007 to facilities outside of the State of New York without prior notice to the Court and counsel for Plaintiffs; and

(B) Plaintiffs' motion for expedited discovery pursuant to Rule 26(d) of the Federal Rules of Civil Procedure should not be granted.

ORDERED that personal service of a copy of this order, together with the papers on which it is granted, upon Defendant Immigration and Customs Enforcement Division

2

of the U.S. Department of Homeland Security at 26 Federal Plaza, Room 17-130, New York, New York 10278, on or before October ____, 2007, with copies of the same served by United States mail on the same day upon the remaining Defendants, shall be deemed good and sufficient service thereof.

Dated: New York, New York
       October 5, 2007

                                                                                                            _____

                                            Hon. John G. Koeltl

                                            United States District Judge