# DEWEY & LEBOEUF

Dewey & LeBoeuf LLP
125 West 55th Street
New York, NY 10019-5389

tel +1 212 424 8191
fax +1 212 649 0919
dlgordon@dl.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/07
```

RECEIVED
DEC - 7 2007
CHAMBERS OF
JUDGE JOHN G. KOELTL

December 7, 2007

**VIA FACSIMILE**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse, Room 1030
500 Pearl Street
New York, NY 10007

*[Handwritten note: The plaintiffs can have an equal number of pages to respond. So ordered. JGKoeltl U.S.D.J. 12/7/07]*

Re: *Aguilar v. Immigration and Customs Enforcement, et. al.*
07 Civ. 8224 (JGK) (FM)

Dear Judge Koeltl:

We write with regard to the Government's request to file an over-length brief in support of its partial motion to dismiss and its motion seeking a limited stay of discovery. While Plaintiffs do not oppose the Government's request to file a brief over the Court's page limits in support of its motions, if the Government's request is granted, Plaintiffs respectfully request the same courtesy with regard to their opposition papers. Plaintiffs also respectfully note, though, that since (as the Government points out) "standing determinations are highly fact specific," courts typically deny motions to dismiss on the pleadings for lack of standing in the context of claims for equitable relief. *See National Congress for Puerto Rican Rights v. City of New York*, 75 F. Supp. 2d 154, 164 (S.D.N.Y. 1999), *citing City of Los Angeles v. Lyons*, 461 U.S. 95, 130-31 (1983) (Marshall, J., dissenting).

Furthermore, as an initial matter Plaintiffs object, and intend to vigorously oppose, the Government's forthcoming motion to stay discovery as the parties are in the midst of discovery relating to Plaintiffs' Order to Show Cause for Expedited Discovery. In that regard, the Governments' motion is premature and potentially evidences an intent to stall production of relevant discovery requested by Plaintiffs. At this time, however, Plaintiffs will refrain from

NEW YORK | LONDON multinational partnership | WASHINGTON, DC
ALBANY | ALMATY | AUSTIN | BEIJING | BOSTON | BRUSSELS | CHARLOTTE | CHICAGO | EAST PALO ALTO
FRANKFURT | HARTFORD | HONG KONG | HOUSTON | JACKSONVILLE | JOHANNESBURG (PTY) LTD. | LOS ANGELES
MILAN | MOSCOW | PARIS multinational partnership | RIYADH affiliated office | ROME | SAN FRANCISCO | WARSAW

Honorable John G. Koeltl
December 7, 2007
Page 2

providing detailed argument in opposition until, if, and when the Government submits its motion.

Respectfully submitted,

Donna L. Gordon

DLG/jas

cc:    Elizabeth Wolstein, Esq. (via facsimile and e-mail)
       Shane Cargo, Esq. (via facsimile and e-mail)
       Foster Maer, Esq. (via e-mail)
       Ghita Schwarz, Esq. (via e-mail)