**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| ADRIANA AGUILAR, ANDRES LEON, ELENA LEON, ERIKA GABRIELA GARCIA-LEON through her Next Friend Adriana Aguilar, CARSON AGUILAR through his Next Friend Adriana Aguilar, NELLY AMAYA, MARIO PATZAN DeLEON, DAVID LAZARO PEREZ, JOHN DOE #1, JANE DOE #1, JOHN DOE #2 through his Next Friend Jane Doe #1, JOHN DOE #3 through his Next Friend Jane Doe #1, JOHN DOE #4, and JOHN DOE #5 on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) ) |

**Civil Action No.**
07 CIV 8224 (JGK) (FM)

Plaintiffs

-against-

IMMIGRATION AND CUSTOMS
ENFORCEMENT DIVISION OF THE UNITED
STATES DEPARTMENT OF HOMELAND
SECURITY, JULIE L. MYERS, Assistant Secretary
of Homeland Security for Immigration and Customs
Enforcement, JOHN P. TORRES, Director of the
Office of Detention and Removal Operations,
Immigration and Customs Enforcement,
CHRISTOPHER SHANAHAN, New York Field
Office Director for Detention and Removal
Operations, and JOHN and JANE DOE ICE
AGENTS ## 1-30,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**NOTICE OF CHANGE OF LAW FIRM NAME AND ADDRESS**

TO:    The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT the law firm of LeBoeuf, Lamb, Greene & MacRae

LLP has changed its name to Dewey & LeBoeuf LLP.  Our address has changed as well.

All pleadings, correspondence, and notices in the above captioned matter should be mailed to the new address at:

> Dewey & LeBoeuf LLP
> 1301 Avenue of the Americas
> New York, NY 10019
> Tel: 212-259-8000
> Fax: 212-259-6333

Dated: February 8, 2008                    DEWEY & LEBOEUF LLP

                                           By: _____

                                               Patrick J. Gennardo
                                               Email: pgennardo@dl.com
                                               Donna L. Gordon
                                               Email: dlgordon@dl.com
                                               Richard J. Cairns
                                               Email: Richard.cairns@dl.com
                                               Kelly H. Tsai
                                               Email: ktsai@dl.com
                                               Colin G. Stewart
                                               Email: cstewart@dl.com

                                           *Attorneys for Plaintiffs*