```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADRIANA AGUILAR, ANDRES LEON, ELENA LEON, ERIKA GABRIELA GARCIA-LEON THROUGH HER NEXT FRIEND ADRIANA AGUILAR, CARSON AGUILAR THROUGH HIS NEXT FRIEND ADRIANA AGUILAR, NELLY AMAYA, MARIO PATZAN DELEON, DAVID LAZARO PEREZ, WILLIAM LAZARO, TARCIS SAPON-DIAZ, SONIA BONILLA, BEATRIZ VELASQUEZ THROUGH HER NEXT FRIEND SONIA BONILLA, DALIA VELASQUEZ THROUGH HER NEXT FRIEND SONIA BONILLA, ELDER BONILLA, DIANA RODRIGUEZ, YONI REVOLORIO, JUAN JOSE MIJANGOS, GONZALO ESCALANTE, YANET MARTINEZ, RAUL AMAYA, GLORIA VANESSA AMAYA, JOHN DOE #1, JANE DOE #1, JOHN DOE #2 THROUGH HIS NEXT FRIEND JANE DOE #1, JOHN DOE #3 THROUGH HIS NEXT FRIEND JANE DOE #1, JOHN DOE #4, AND JOHN DOE #5 ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,

Plaintiffs,

- against -

IMMIGRATION AND CUSTOMS ENFORCEMENT DIVISION OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY, MICHAEL CHERTOFF, United States Secretary of the Department of Homeland Security, JULIE L. MYERS, Assistant Secretary of Homeland Security for Immigration and Customs Enforcement, JOHN P. TORRES, Director of the Office of Detention and Removal Operations, Immigration and Customs Enforcement, CHRISTOPHER SHANAHAN, New York Field Office Director for Detention and Removal Operations, PETER J. SMITH, JOSEPH A. PALMESE, JOHN and JANE DOE ICE AGENTS, and JOHN ROE and JANE ROE ICE SUPERVISORS,

Defendants.

ECF Case
07 Civ. 8224 (JGK) (FM)

**PRIVACY ACT ORDER**

---

WHEREAS, the parties will be engaging in discovery in the above-referenced proceeding;

WHEREAS, pursuant to the Federal Rules of Civil Procedure, defendants are prepared to make disclosures of documents and information that may be protected by the Privacy Act of 1974, 5 U.S.C. § 552a ("Privacy Act"); and

– page 1 of 3 –

WHEREAS, it appears that the disclosure of such documents and information is in the interests of justice;

IT IS HEREBY ORDERED that:

1. Any objection to the production of such documents and information on the ground that they are protected by the Privacy Act is overruled.

2. Nothing in this Order shall affect defendants' ability to designate the documents and information covered by this Order as protected under the Confidentiality Order, (the "Confidentiality Order") which was approved by the Court on November 9, 2007, or plaintiffs' ability to challenge any such designation.

3. Any records pertaining to individuals other than the named plaintiffs in this action shall be protected under the Confidentiality Order, subject to any further ruling by the Court.

4. This Order relates solely to objections based on the Privacy Act and shall not prejudice any other objections the parties may have to producing or using such documents and information.

Dated: New York, New York
~~February~~ 4, 2008
March

DEWEY & LEBOEUF LLP
Attorneys for Plaintiffs

By: *Patrick J. Gennardo/JLM*
PATRICK J. GENNARDO
1301 Avenue of the Americas
New York, New York 10019-6092
Tel.  (212) 259-8136
Fax  (212) 649-0901

Dated: New York, New York
~~February~~ 4, 2008
March

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Certain Defendants

By: *[signature]*
SHANE CARGO
ELIZABETH WOLSTEIN
Assistant United States Attorneys
86 Chambers Street
New York, New York 10007
Tel.  (212) 637-2711/2743
Fax  (212) 637-2786

So Ordered:

*[signature]*
3/6/08