AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

ADRIANA AGUILAR, et al.

Plaintiffs,

V.

IMMIGRATIONS AND CUSTOMS
ENFORCEMENT DIVISION OF THE UNITED
STATES DEPARTMENT OF HOMELAND
SECURITY, et al.

Defendants.

SEE ATTACHED RIDER

## SUPPLEMENTAL SUMMONS IN A CIVIL ACTION

CASE NUMBER: 07 CIV 8224
JUDGE KOELTL

TO: (Name and address of Defendant)

JANE AND JOHN DOE DEFENDANTS #1-52, a/k/a ICE 1-52,
sued in their individual capacities and in their official capacities as agents
and/or supervisors of ICE
c/o designated agent and/or address to the determined

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patrick J. Gennardo, Esq.
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, New York 10019

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

*Jessica Doss*

(By) DEPUTY CLERK

DATE   MAY 3 0 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADRIANA AGUILAR, ANDRES LEON, ELENA LEON, ERIKA GABRIELA GARCIA-LEON through her Next Friend Adriana Aguilar, CARSON AGUILAR through his Next Friend Adriana Aguilar, NELLY AMAYA, MARIO PATZAN DeLEON, DAVID LAZARO PEREZ, WILLIAM LAZARO, TARCIS SAPON-DIAZ, SONIA BONILLA, BEATRIZ VELASQUEZ through her Next Friend Sonia Bonilla, DALIA VELASQUEZ through her Next Friend Sonia Bonilla, ELDER BONILLA, DIANA RODRIGUEZ, YONI REVOLORIO, JUAN JOSE MIJANGOS, GONZALO ESCALANTE, VICTOR PINEDA MORALES, YANET MARTINEZ, RAUL AMAYA, GLORIA VANESSA AMAYA, JOHN DOE #1, JANE DOE #1, JOHN DOE #2 through his Next Friend Jane Doe #1, JOHN DOE #3 through his Next Friend Jane Doe #1, JOHN DOE #4, JOHN DOE #5, PELAGIA DE LA ROSA-DELGADO, ANTHONY JIMENEZ, CHRISTOPHER JIMENEZ, through his Next Friend Pelagia De La Rosa-Delgado, and BRYAN JIMENEZ, through his Next Friend Pelagia De La Rosa-Delgado, on behalf of themselves and all others similarly situated,

                          Plaintiffs,

                          -against-

IMMIGRATION AND CUSTOMS ENFORCEMENT DIVISION OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY, MICHAEL CHERTOFF, United States Secretary of the Department of Homeland Security, JULIE L. MYERS, Assistant Secretary of Homeland Security for Immigration and Customs Enforcement, JOHN P. TORRES, Director of the Office of Detention and Removal Operations, Immigration and Customs Enforcement, CHRISTOPHER SHANAHAN, New York Field Office Director for Detention and Removal Operations, PETER J. SMITH, JOSEPH A. PALMESE, DARREN WILLIAMS, JEFFREY KNOPF, JANE AND JOHN DOE DEFENDANTS #1-52, a/k/a ICE 1-52, sued in their individual capacities and in their official capacities as agents and/or supervisors of ICE, JOHN and JANE DOE ICE AGENTS, and JOHN ROE and JANE ROE ICE SUPERVISORS,

                          Defendants.

ECF Case
Civil Action No.
07 CIV 8224 (JGK) (FM)

**RIDER TO SUMMONS**