UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADRIANA AGUILAR, ANDRES LEON, ELENA LEON, ERIKA GABRIELA GARCIA-LEON through her Next Friend Adriana Aguilar, CARSON AGUILAR through his Next Friend Adriana Aguilar, NELLY AMAYA, MARIO PATZAN DeLEON, DAVID LAZARO PEREZ, WILLIAM LAZARO, TARCIS SAPON-DIAZ, SONIA BONILLA, BEATRIZ VELASQUEZ through her Next Friend Sonia Bonilla, DALIA VELASQUEZ through her Next Friend Sonia Bonilla, ELDER BONILLA, DIANA RODRIGUEZ, YONI REVOLORIO, JUAN JOSE MIJANGOS, GONZALO ESCALANTE, VICTOR PINEDA MORALES, YANET MARTINEZ, RAUL AMAYA, GLORIA VANESSA AMAYA, JOHN DOE #1, JANE DOE #1, JOHN DOE #2 through his Next Friend Jane Doe #1, JOHN DOE #3 through his Next Friend Jane Doe #1, JOHN DOE #4, JOHN DOE #5, PELAGIA DE LA ROSA-DELGADO, ANTHONY JIMENEZ, CHRISTOPHER JIMENEZ, through his Next Friend Pelagia De La Rosa-Delgado, and BRYAN JIMENEZ, through his Next Friend Pelagia De La Rosa-Delgado, on behalf of themselves and all others similarly situated,

                Plaintiffs,

-against-

IMMIGRATION AND CUSTOMS ENFORCEMENT DIVISION OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY, MICHAEL CHERTOFF, United States Secretary of the Department of Homeland Security, JULIE L. MYERS, Assistant Secretary of Homeland Security for Immigration and Customs Enforcement, JOHN P. TORRES, Director of the Office of Detention and Removal Operations, Immigration and Customs Enforcement, CHRISTOPHER SHANAHAN, New York Field Office Director for Detention and Removal Operations, PETER J. SMITH, JOSEPH A. PALMESE, DARREN WILLIAMS, JEFFREY KNOPF, JANE AND JOHN DOE DEFENDANTS #1-52, a/k/a ICE 1-52, sued in their individual capacities and in their official capacities as agents and/or supervisors of ICE, JOHN and JANE DOE ICE AGENTS, and JOHN ROE and JANE ROE ICE SUPERVISORS,

                Defendants.

ECF Case
Civil Action No.
07 CIV 8224 (JGK) (FM)

**AFFIDAVIT OF SERVICE**

BRYAN CAMPHIRE, being duly sworn, deposes and says: I am over 18 years of age, am not a party to this action, and am employed by the law firm of Dewey & LeBoeuf LLP.

On the 20th[th] day of June, 2008, I served three true and correct copies of the SUMMONS IN A CIVIL ACTION; SECOND AMENDED CLASS ACTION COMPLAINT; PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANTS ICE 6, 7, 9, 10, 11, 14, 15, 17, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 32, 33, 34, 35, 36, 37, 41 AND JEFFREY KNOPF; PLAINTIFFS' FIRST REQUEST FOR PRODUCTION TO DEFENDANTS ICE 6, 7, 9, 10, 11, 14, 15, 17, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 32, 33, 34, 35, 36, 37, 41 AND JEFFREY KNOPF; SDNY ELECTRONIC CASE FILING RULES & INSTRUCTIONS; INDIVIDUAL PRACTICES OF JUDGE JOHN G. KOELTL; and INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MAAS PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANTS CHRISTOPHER SHANAHAN, PETER J. SMITH AND JOSEPH PALMESE and PLAINTIFFS' FIRST REQUESTS FOR PRODUCTION TO DEFENDANTS CHRISTOPHER SHANAHAN, PETER J. SMITH AND JOSEPH PALMESE upon defendants Christopher Shanahan, Peter Smith, and Joseph Palmese by hand upon the following who agreed to accept service on behalf of the defendants:

Elizabeth Wolstein, Esq.
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
86 Chambers Street
New York, NY 10007

Bryan Camphire
Lic. No. 1278777

Sworn to before me this
23 day of June, 2008

Notary Public

KEVIN M. KOHBERGER
NOTARY PUBLIC, State of New York
No. 01KO6147060
Qualified in Kings County
Certificate Filed in New York County
Commission Expires May 30, 2010

2