UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ADRIANA AGUILAR ET AL,

                Plaintiffs,

- against -

IMMIGRATION AND CUSTOMS ENFORCEMENT
DIVISION OF THE UNITED STATES
DEPARTMENT OF HOMELAND SECURITY, ET
AL,

                Defendant.
------------------------------------------------------------X

07 Civ. 8224 (JGK)(FM)

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

**JOHN G. KOELTL, District Judge:**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_X_ Specific Non-Dispositive Motion/Dispute:*

_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions: ____

**SO ORDERED.**

DATED:   New York, New York
             June 30, 2008

                                          **John G. Koeltl
                                          United States District Judge**