UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ADRIANA AGUILAR, et al.,                   :

                Plaintiffs,        :        **ORDER**

      -against-                              :        07 Civ. 8224 (JGK)(FM)

IMMIGRATION AND CUSTOMS,                   :
ENFORCEMENT DIVISION OF THE
UNITED STATES DEPARTMENT OF                :
HOMELAND SECURITY, et al.,
                                                  :
                Defendants.
------------------------------------------------------------x

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 7/17/08]

**FRANK MAAS,** United States Magistrate Judge.

    Pursuant to a conference held earlier today, it is hereby ORDERED that:

1.  By July 18, 2008, the United States Attorney's Office shall file a notice of appearance on behalf of each defendant it represents.

2.  The United States Attorney's Office shall answer the second amended complaint ("SAC") on behalf of at least three defendants per week, and all defendants shall answer the SAC by the later of (a) September 26, 2008, or (b) sixty days after the defendant was served. See Fed. R. Civ. P. 12(a)(3).

3.  By July 25, 2008, the defendants shall submit to the Court for in camera review unredacted copies of the portions of the ICE policy manual related to home searches and border searches.

4.  By July 31, 2008,

    a.  All paper documents shall be produced;

    b.  Counsel and their experts on electronically stored information ("ESI") shall meet and confer to discuss the ESI issues addressed at the conference; and

    c.  The United States Attorney's Office shall answer the plaintiffs' interrogatories on behalf of the Immigration and

        Customs Enforcement Division of the United States Department of Homeland Security.

5.     By August 18, 2008, the United States Attorney's Office shall produce its privilege log.

6.     The plaintiffs' application to compel separate interrogatory responses by each individual defendant is denied without prejudice to its renewal at a later date.

7.     A further conference shall be held on August 14, 2008, at 2:00 p.m. in Courtroom 20A.

SO ORDERED.

Dated:     New York, New York
              July 17, 2008

                                              _____
                                                  FRANK MAAS
                                      United States Magistrate Judge

Copies to:

Honorable John G. Koeltl
United States District Judge

Patrick J. Gennardo, Esq.
Dewey & LeBoeuf, LLP
Fax: (212) 649-0901

Shane Cargo, Esq.
United States Attorney's Office
Fax: (212) 637-2786