AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern　　DISTRICT OF　　New York

**APPEARANCE**

Case Number: 07 Civ. 8224 (JGK)(FM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Immigration and Customs Enforcement Division ("ICE") of the U.S. Dep't of Homeland Security, MICHAEL CHERTOFF, U.S. Sec'y of the Dep't of Homeland Security, JULIE L. MYERS, Assistant Sec'y of the Dept. of Homeland Security, JOHN P. TORRES, Director of the Office of Detention and Removal Operations, ICE, CHRISTOPHER SHANAHAN, New York Field Office Director for Detention and Removal Operations, PETER J. SMITH, JOSEPH A. PALMESE, DARREN WILLIAMS, JEFFREY KNOPF, ICE 1, ICE 4, ICE 5, ICE 6, ICE 8, ICE 9, ICE 11, ICE 12, ICE 13, ICE 17, ICE 19, ICE 20, ICE 21, ICE 22, ICE 23, ICE 24, ICE 25, ICE 26, ICE 27, ICE 28, ICE 29, ICE 30, ICE 31, ICE 32, ICE 33, ICE 34, ICE 35, ICE 36, ICE 37, ICE 40, ICE 42, ICE 43, ICE 44, ICE 45, ICE 46, ICE 48, and ICE 52

I certify that I am admitted to practice in this court.

| 7/28/2008 | _/s/ Kristin L. Vassallo_ | |
|---|---|---|
| Date | Signature | |
| | Kristin L. Vassallo | |
| | Print Name | Bar Number |
| | United States Attorney's Office, 86 Chambers Street | |
| | Address | |
| | New York | NY | 10007 |
| | City | State | Zip Code |
| | (212) 637-2822 | (212) 637-2730 |
| | Phone Number | Fax Number |