

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

July 30, 2008

**BY HAND AND BY FAX TO (212) 805-6724**

The Honorable Frank Maas
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, New York 10007

*In light of this letter, I see no need for in camera review.*
*Maas, USMJ, 7/30/08*

Re: *Aguilar v. U.S. Immigration & Customs Enforcement*,
No. 07 Civ. 8224 (JGK) (FM)

Dear Judge Maas:

On behalf of the defendants, we write in response to the Court's July 17, 2008, order requiring the defendants to "submit to the Court for in camera review unredacted copies of the portions of the ICE policy manual related to home searches and border searches." We started gathering these materials soon after the July 17 conference, but we did not realize until late yesterday that the order required the documents to be submitted by July 25. This submission is therefore late, and we sincerely apologize for the delay.

Upon further review of the various ICE manuals dealing with consent searches and border searches, we have determined that, in each case, the two subjects are treated in the same chapter. Thus, if a given chapter discusses consent searches — and is therefore responsive to plaintiffs' document requests — we plan to produce the entire chapter (subject to any redactions for privilege), and we will not be redacting sections dealing with border searches or other nonresponsive topics. Because we do not believe there is any issue for the Court to decide with respect to these chapters — i.e., the sections dealing with border searches will not be redacted — we have not provided them to the Court for in camera review. Of course, if the Court wishes to review the chapters, we will promptly provide them.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/31/08

The Honorable Frank Maas
July 30, 2008
Page 2

Thank you for your consideration of this matter.

Respectfully,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: /s/ Shane Cargo
SHANE CARGO
LARA K. ESHKENAZI
KRISTIN L. VASSALLO
ELIZABETH WOLSTEIN
Assistant United States Attorneys
Tel.   (212) 637-2711/2758/2822/2743
Fax   (212) 637-2786

cc: Patrick J. Gennardo, Esq., and Donna L. Gordon, Esq.
Attorneys for plaintiffs (by fax to (212) 649-0901 & (212) 649-0919)