USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIANA AGUILAR ET AL,

              Plaintiffs,        07 Civ. 8224 (JGK)

   - against -             ORDER

IMMIGRATION AND CUSTOMS ENFORCEMENT
DIVISION OF THE UNITED STATES
DEPARTMENT OF HOMELAND SECURITY, ET
AL,

              Defendants.

JOHN G. KOELTL, District Judge:

In light of the Second Amended Complaint filed by the plaintiffs on May 30, 2008, the Government's Motion to Dismiss First Claim of Amended Complaint is **denied without prejudice as moot**. The Clerk of the Court is therefore directed to close Docket No. 22.

SO ORDERED.

Dated:    New York, New York
         July 30, 2008

                                            John G. Koeltl
                                      United States District Judge