

**United States Attorney**
*Southern District of New York*

# MEMO ENDORSED

*86 Chambers Street*
*New York, New York 10007*

July 31, 2008

BY FACSIMILE

Honorable Frank Maas
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> The deadline is extended to 8/12/08 to permit opposing counsel to have some opportunity to review the additional documents before the 8/14/08 conference.
>
> FMaas, USMJ
> 8/4/08

    Re:    Aguilar v. Immigrations and Customs Enforcement, et al.,
            07 Civ 8224 (JGK) (FM)

Dear Judge Maas:

        We write respectfully to request a two-week extension, until August 14, 2008, of defendants' time to complete their hard-copy production of documents responsive to plaintiffs' document requests. The current deadline, under the Court's July 17 oral and written orders, is today, July 31. By the end of today, defendants will produce approximately 3000 pages of documents, the universe we were aware of and committed to producing, by today's deadline, at the July 17 conference.

        The reason for this request is that we have recently learned of the existence of additional documents that appear to be responsive to plaintiffs' requests. These documents must be reviewed both by ICE and this Office, a process we have begun but have been unable to complete. Accordingly, we request an extension until August 14, the date of the next conference before Your Honor, to produce to plaintiffs these additional documents.

        Thank you for your consideration of this request.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08

Honorable Frank Maas
July 31, 2008
Page 2

                                          Respectfully submitted,

                                          MICHAEL J. GARCIA
                                          United States Attorney

By: _____
                                          SHANE CARGO
                                          LARA K. ESHKENAZI
                                          KRISTIN L. VASSALLO
                                          ELIZABETH WOLSTEIN
                                          Assistant United States Attorneys
                                          Tel. No.: (212) 637-2711/2758/2822/2743
                                          Fax No.: (212) 637-2702

cc:    (by facsimile)
        Patrick Gennardo, Esq.
        Donna Gordon, Esq.