**United States District Court, Southern District of New York**

---

ADRIANA AGUILAR, ET AL.                ) Index No.: 07 CIV 8224 (JGK) (FM)
                                       )
                                       )
              Plaintiff                ) **AFFIDAVIT OF SERVICE**
         v.                            )
IMMIGRATION AND CUSTOMS ENFORCEMENT     )
DIVISION OF THE UNITED STATES DEPARTMENT )
OF HOMELAND SECURITY, ET AL.           )
                                       )
              Defendant                )

---

STATE OF NEW YORK      )
                       ) ss:
COUNTY OF NEW YORK     )

I, TEDDY VALCIN, being duly sworn, depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.  That on JULY 16, 2008 at 10:05 AM at OFFICE OF INVESTIGATIONS-DSAC/JFK INTERNATIONAL AIRPORT, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. DEPARTMENT OF HOMELAND SECURITY, BUILDING #75, ROOM 217, JAMAICA, NY 11430, deponent served the following documents upon "JOHN DOE" A/K/A ICE AGENT 31, DEFENDANT therein named, as identified by Dewey & Leboeuf, LLP.

1. PLAINTIFF'S FIRST REQUEST FOR PRODUCTION TO DEFENDANT ICE 18.
2. PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION TO DEFENDANTS CHRISTOPHER SHANAHAN, PETER J. SMITH, AND JOSEPH PALMESE.
3. PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION TO DEFENDANT ICE 1, ICE 2, ICE 3, ICE 8, ICE 16, ICE 30, ICE 38, ICE 40, ICE 43, ICE 45, ICE 47, ICE 48, ICE 49, ICE 50, ICE 52.
4. PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION TO DEFENDANTS ICE 4,5,12,13,32,39, AND DARREN WILLIAMS.
5. PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION TO DEFENDANTS ICE 6,7,9,10,11,14,15,17,19,20,21,22,23,24,25,26,27,28,29,32,33,34,35,36,37,41 AND JEFFREY KNOPF.
6. PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT ICE 18.
7. PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANTS CHRISTOPHER SHANAHAN, PETER J. SMITH AND JOSEPH PALMESE.
8. PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANTS ICE 4,5,12,13,32,39, AND DARREN WILLIAMS.
9. PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANTS ICE 1, ICE 2, ICE 3, ICE 8, ICE 16, ICE 30, ICE 38, ICE 40, ICE 43, ICE 45, ICE 47, ICE 48, ICE 49, ICE 50, ICE 52.
10. PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANTS ICE 6,7,9,10,11,14,15,17,19,20,21,22,23,24,25,26,27,28,29,32,33,34,35,36,37,41 AND JEFFREY KNOPF.
11. PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION TO DEFENDANTS ICE 4,5,12,13,32,39, AND DARREN WILLIAMS.
12. PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANTS ICE 4,5,12,13,32,29, AND DARREN WILLIAMS.
13. ELECTRONIC CASE FILING RULES & INSTRUCTIONS.
14. SUPPLEMENTAL SUMMONS IN A CIVIL ACTION.
15. SECOND AMENDED CLASS ACTION COMPLAINT.
16. EXHIBITS TO COMPLAINT.
17. INDIVIDUAL PRACTICES OF JUDGE JOHN G. KOELTL.
18. INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MAAS.
19. PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION TO DEFENDANT ICE 31
20. PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT ICE 31

**INDIVIDUAL:** By delivering a true copy of each to said individual personally, deponent knew the person so served to be the person described as said person therein.

**DESCRIPTION:** Deponent further states that the description of the person actually served is as follows:
Gender: Male    Race/Skin: White    Hair: Black and Grey    Glasses: No    Age: 40    Height: 6'4"
Weight: 250

**COMMENTS:**

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

*Teddy Val.*
Teddy Valcin, Lic. #1103442
Target Research LLC
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Subscribed and sworn to before me a notary public, on this ___1___ day of ___August___, 2008.
___Christina O'Sullivan___   My Commission Expires: 3/28/09
Notary Public

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009