**United States District Court, Southern District of New York**

-----------------------------------------------------------------

| | |
|---|---|
| ADRIANA AGUILAR, ET AL. ) | Index No.: 07 CIV 8224 (JGK) (FM) |
| ) | |
| ) | |
| Plaintiff ) | **AFFIDAVIT OF SERVICE** |
| v. ) | |
| IMMIGRATION AND CUSTOMS ENFORCEMENT ) | |
| DIVISION OF THE UNITED STATES DEPARTMENT ) | |
| OF HOMELAND SECURITY, ET AL. ) | |
| ) | |
| Defendant ) | |

-----------------------------------------------------------------

STATE OF FLORIDA      )
                     ) ss:
COUNTY OF PINELLAS   )

I, Mark Maraventano., being duly sworn, depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of FLORIDA. That on JULY 16, 2008 at 7:25 PM at 3590 BELLE VISTA DRIVE E, ST. PETE BEACH, FL 33706, deponent served the following documents upon "JOHN DOE" A/K/A ICE AGENT 46, DEFENDANT therein named, as identified by Dewey & Leboeuf, LLP

1. PLAINTIFF'S FIRST REQUEST FOR PRODUCTION TO DEFENDANT ICE 18.
2. PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION TO DEFENDANTS CHRISTOPHER SHANAHAN, PETER J. SMITH, AND JOSEPH PALMESE.
3. PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION TO DEFENDANT ICE 1, ICE 2, ICE 3, ICE 8, ICE 16, ICE 30, ICE 38, ICE 40, ICE 43, ICE 45, ICE 47, ICE 48, ICE 49, ICE 50, ICE 52.
4. PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION TO DEFENDANTS ICE 4,5,12,13,32,39, AND DARREN WILLIAMS.
5. PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION TO DEFENDANTS ICE 6,7,9,10,11,14,15,17,19,20,21,22,23,24,25,26,27,28,29,32,33,34,35,36,37,41 AND JEFFREY KNOPF.
6. PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT ICE 18.
7. PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANTS CHRISTOPHER SHANAHAN, PETER J. SMITH AND JOSEPH PALMESE.
8. PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANTS ICE 4,5,12,13,32,39, AND DARREN WILLIAMS.
9. PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANTS ICE 1, ICE 2, ICE 3, ICE 8, ICE 16, ICE 30, ICE 38, ICE 40, ICE 43, ICE 45, ICE 47, ICE 48, ICE 49, ICE 50, ICE 52.
10. PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANTS ICE 6,7,9,10,11,14,15,17,19,20,21,22,23,24,25,26,27,28,29,32,33,34,35,36,37,41 AND JEFFREY KNOPF.
11. PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION TO DEFENDANTS ICE 4,5,12,13,32,39, AND DARREN WILLIAMS.
12. PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANTS ICE 4,5,12,13,32,29, AND DARREN WILLIAMS.
13. ELECTRONIC CASE FILING RULES & INSTRUCTIONS.
14. SUPPLEMENTAL SUMMONS IN A CIVIL ACTION.
15. SECOND AMENDED CLASS ACTION COMPLAINT.
16. EXHIBITS TO COMPLAINT.
17. INDIVIDUAL PRACTICES OF JUDGE JOHN G. KOELTL.
18. INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MAAS.
19. PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION TO DEFENDANT ICE 46.
20. PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT ICE 46.

**INDIVIDUAL:** By delivering a true copy of each to said individual personally, deponent knew the person so served to be the person described as said person therein.

**DESCRIPTION:** Deponent further states that the description of the person actually served is as follows:
Gender: Male    Race/Skin: White    Hair: Brown    Glasses: No    Age: 35-50    Height: 5'6"    Weight: 170

**COMMENTS:**

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Mark Maraventano
Target Research LLC
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Subscribed and sworn to before me, a notary public, on this ___1st___ day of ___August___, 2008.

_____ My Commission Expires:
Notary Public

State of Florida County of Pinellas
The foregoing instrument was acknowledged before me this _1st_ day of _Aug_ 2008 by _Mark Maraventano_ who is personally known to me or has produced _Driver License_ as identification

LAKESHA HARRIS
Notary Public, State of Florida
Commission# DD776334
My comm. expires Apr. 7, 2012