**United States District Court, Southern District of New York**

---

ADRIANA AGUILAR, ET AL. ) Index No.: 07 CIV 8224 (JGK) (FM)
)
)
     Plaintiff ) **AFFIDAVIT OF SERVICE BY MAIL**
  v. )
IMMIGRATION AND CUSTOMS ENFORCEMENT )
DIVISION OF THE UNITED STATES DEPARTMENT )
OF HOMELAND SECURITY, ET AL. )
)
     Defendant )

---

STATE OF NEW YORK  )
         ) ss:
COUNTY OF NEW YORK )

I, Christina O'Sullivan, being duly sworn, I depose and say that I am not a party to this action, am over the age of eighteen years and reside in the State of New York. That on the 21st day of July, 2008 I served the following documents upon "JANE DOE" A/K/A ICE AGENT 42, DEFENDANT therein named, as identified by Dewey & Leboeuf, LLP,

1. PLAINTIFF'S FIRST REQUEST FOR PRODUCTION TO DEFENDANT ICE 18.
2. PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION TO DEFENDANTS CHRISTOPHER SHANAHAN, PETER J. SMITH, AND JOSEPH PALMESE.
3. PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION TO DEFENDANT ICE 1, ICE 2, ICE 3, ICE 8, ICE 16, ICE 30, ICE 38, ICE 40, ICE 43, ICE 45, ICE 47, ICE 48, ICE 49, ICE 50, ICE 52.
4. PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION TO DEFENDANTS ICE 4,5,12,13,32,39, AND DARREN WILLIAMS.
5. PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION TO DEFENDANTS ICE 6,7,9,10,11,14,15,17,19,20,21,22,23,24,25,26,27,28,29,32,33,34,35,36,37,41 AND JEFFREY KNOPF.
6. PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT ICE 18.
7. PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANTS CHRISTOPHER SHANAHAN, PETER J. SMITH AND JOSEPH PALMESE.
8. PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANTS ICE 4,5,12,13,32,39, AND DARREN WILLIAMS.
9. PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANTS ICE 1, ICE 2, ICE 3, ICE 8, ICE 16, ICE 30, ICE 38, ICE 40, ICE 43, ICE 45, ICE 47, ICE 48, ICE 49, ICE 50, ICE 52.
10. PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANTS ICE 6,7,9,10,11,14,15,17,19,20,21,22,23,24,25,26,27,28,29,32,33,34,35,36,37,41 AND JEFFREY KNOPF.
11. PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION TO DEFENDANTS ICE 4,5,12,13,32,39, AND DARREN WILLIAMS.
12. PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANTS ICE 4,5,12,13,32,29, AND DARREN WILLIAMS.
13. ELECTRONIC CASE FILING RULES & INSTRUCTIONS.
14. SUPPLEMENTAL SUMMONS IN A CIVIL ACTION.
15. SECOND AMENDED CLASS ACTION COMPLAINT.
16. EXHIBITS TO COMPLAINT.
17. INDIVIDUAL PRACTICES OF JUDGE JOHN G. KOELTL.
18. INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MAAS.
19. PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION TO DEFENDANT ICE 42
20. PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT ICE 42

By first class mail in a postpaid sealed wrapper marked "personal and confidential" and not indicating on the wrapper that the correspondence pertained to a lawsuit or was from an attorney, properly addressed to the above intended recipient at OFFICE OF INVESTIGATIONS-SAC NEW YORK, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. DEPARTMENT OF HOMELAND SECURITY, 601 W. 26TH STREET, NEW YORK, NY 10001and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State.

_____
Christina O'Sullivan
Target Research LLC
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Subscribed and sworn to before me, a notary public, on this ____6____ day of ___August___, 2008.

_____  My Commission Expires: 6/30/10
Notary Public

HARLIN PARKER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01PA4716174
Qualified in New York County
My Commission Expires June 30, 2010