USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

ADRIANA AGUILAR, et al., :

               Plaintiffs, : **ORDER**

   -against- : 07 Civ. 8224 (JGK)(FM)

IMMIGRATION AND CUSTOMS, :
ENFORCEMENT DIVISION OF THE
UNITED STATES DEPARTMENT OF :
HOMELAND SECURITY, et al.,
:
              Defendants.
-----------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

      Pursuant to a conference held earlier today, it is hereby ORDERED that:

1. A further conference shall be held on September 8, 2008, at 10 a.m. The parties should call my Chambers prior to the conference to ascertain its location.

2. The parties' information technology experts shall attend the September 8, 2008 conference in person.

3. Prior to the September 8, 2008 conference, the parties shall meet and confer to discuss, at a minimum, (a) what metadata is required with respect to the various categories of documents (i.e., emails, spreadsheets, etc.), and (b) how the defendants harvested the documents already produced.

      SO ORDERED.

Dated:    New York, New York
          August 14, 2008

                              _____
                              FRANK MAAS
                       United States Magistrate Judge

Copies to:

Honorable John G. Koeltl
United States District Judge

Patrick J. Gennardo, Esq.
Dewey & LeBoeuf, LLP
Fax: (212) 649-0901

Shane Cargo, Esq.
United States Attorney's Office
Fax: (212) 637-2786