UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
:
ADRIANA AGUILAR, et al., on behalf of :
themselves and all others similarly :
situated, :
: 07 Civ. 8224 (KBF)
:
Plaintiffs, : ORDER
:
-v- :
:
IMMIGRATION AND CUSTOMS ENFORCEMENT :
DIVISION OF THE UNITED STATES :
DEPARTMENT OF HOMELAND SECURITY, et :
al., :
Defendants. :
:
------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 2 7 2012
```

KATHERINE B. FORREST, District Judge:

IT IS HEREBY ORDERED that all pre-trial and trial dates are ADJOURNED for thirty (30) days.

IT IS FURTHER ORDERED that all pending motions are deemed moot. They will be terminated without prejudice, with leave to renew.

The Clerk of the Court is directed to terminate all pending motions in this action.

SO ORDERED:

Dated:   New York, New York
         September 27, 2012

_____
KATHERINE B. FORREST
United States District Judge