

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

86 Chambers Street, 3rd floor
New York, New York 10007

April 23, 2013

**BY HAND**

The Honorable Katherine B. Forrest
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 745
New York, New York 10007

      Re:   *Aguilar v. U.S. Immigration & Customs Enforcement*,
            No. 07 Civ. 8224 (KBF)

Dear Judge Forrest:

      I write in connection with paragraph 11 of the parties' settlement agreement, which requires the government to provide copies of the memoranda that were issued under paragraph 10 of the agreement, together with sworn affirmations sufficient to establish that the memoranda were disseminated. Enclosed please find declarations from ICE's two law enforcement components and the documents that were issued to the field.

      Please note that because some of the documents have been designated confidential and highly confidential under the terms of the Court's November 9, 2007, protective order, we respectfully request that the enclosures to this letter be filed under seal and not placed on the Court's docket in this matter. In the alternative, should it be more convenient for the Court, we respectfully request that this letter be ordered to be docketed without its enclosures, but with an annotation that the enclosures were provided to the Court.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 2 4 2013

We thank the Court for its consideration of this submission.

Respectfully,

PREET BHARARA
United States Attorney for the
Southern District of New York

By: /s/ Shane Cargo
SHANE CARGO
Assistant United States Attorney
Tel. (212) 637-2711
Fax (212) 637-2786

Enclosures

cc: Counsel of record (by email) (with enclosures)

---

**ORDERED**

Post on Docket       4/24/13

_____K. B. Fo_____
Katherine B. Forrest, USDJ